| | |
|---|---|
| 1 | THE VONS COMPANIES, INC. |
|   | MARK J. ROGERS #173005 |
| 2 | E-mail: mark.rogers@safeway.com |
|   | THEODORE K. BELL #184289 |
| 3 | E-mail: tad.bell@safeway.com |
|   | 5918 Stoneridge Mall Road |
| 4 | Pleasanton, CA 94588-3229 |
|   | Telephone: (925) 469-7195 |
| 5 | Facsimile: (925) 467-3214            JS-6 |
| 6 | Attorneys for Defendant |
|   | THE VONS COMPANIES, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET COURTHOUSE

| | |
|---|---|
| Carlos Enrique Campos | No. CV09-01536 JFW/RCX |
| Plaintiff | ORDER RE STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE |
| vs. | |
| Pavilions – VONS | Complaint Filed: March 9, 2009 |
| Defendant | Hon. John F. Walter |
| | Dept. 41 |
| | Trial Date: July 27, 2010 |

   Pursuant to the Stipulation Re Dismissal with Prejudice filed by Plaintiff Carlos Enrique Campos and Defendant The Vons Companies, Inc. on March 25, 2010, and good cause appearing therefore, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2), that this matter be dismissed, with prejudice, each side to pay its own fees and costs.

Dated: ___March 29, 2010_____   _____
                              Honorable John F. Walter
                              United States District Court Judge

[PROPOSED] ORDER RE STIP. RE DISMISSAL     CV09-01536 JFW/RCX